FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 17 AM 11: 34

CLERK _BMcCarthy_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MIGUEL PADILLA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 304-011 |
| MICHAEL V. PUGH, et al., | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims against Defendants are **DISMISSED**, judgment of dismissal is **ENTERED** in favor of Defendants, and this civil action is **CLOSED**.

SO ORDERED this 17th day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Miguel Padilla, Pro-se
Stephen E. Curry, Esq.

CASE NO: CV304-011
DATE SERVED: June 17, 2005
SERVED BY: Cindy Reynolds

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate